**Citi Residential Lending** 
P.O. Box 11000
Santa Ana, CA 92711-1000

February 25, 2009

#BWNKZZS
Us Bankruptcy Court
New Jersey District
402 E State St
Trenton, NJ 08608-1507

Re: Loan Number: 0107439226
    New Servicer Loan Number: 000000004001481060
    Borrower(s): Eugene Whitlock
                 Laura Conte-Whitlock
    Property: 56 Mark Drive, Howell NJ 07731

Dear Sir/Madam:

Please be advised that Citi Residential Lending, Inc. recently filed a communication regarding a recent transfer of the above referenced loan, which contained incorrect information and should be disregarded. Citi Residential Lending transferred the servicing rights of the above Real Estate Secured Loan to American Home Mortgage Servicing, Inc. The transfer took place effective February 11, 2009, and all further communication and inquiries should be directed to the new servicer at the address below:

> American Home Mortgage
> Attention: Default
> 4600 Regent Blvd., Suite 200
> Irving, TX 75063

A Transfer of Claim will be prepared and filed pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Sincerely,

Service Release Department

SR007/006/CPI

---

Federal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law otherwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only.

P.O. Box 11000, Santa Ana, CA 92711-1000     Toll Free (800) 430-5262     www.mycitiresidentialloan.com

EF084Z/NCP/9-07